OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵
DEC 18 2014

**12/17/2014**
**LANDRY, CLIFTON JERRY** Tr. Ct. No. 507035-J (COUNT 2)     WR-8,531-26

The Court has dismissed without written order this subsequent application for a writ of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

CLIFTON JERRY LANDRY

